# Exhibit A

September 6, 2024

<u>VIA CIA Online Portal</u>
https://www.cia.gov/readingroom/foia_request/form

Dear CIA FOIA:

RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et. seq., my client requests the following documents:

> Documents identified in the CIA's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/CIA_JFK_Final_Index_12-12-2022.pdf

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.

# Exhibit B

Go to CIA.gov

 **FOIA**

**Submit Request**      **Fee Schedule**      **FAQs**      **Reading Room**      **About**      **Search** 🔍

❋ **Freedom of Information Act Electronic Reading Room**

   Requestor Portal

   Historical Collections

Browse the Collections | Advanced Search | Search Help

Search Query for FOIA ERR:

[                    ]

Search

ᴬA  A  A

Filing a FOIA Records Request Online

Contact Information    Define Request    Fee Status    ✓ Request Filed

### YOUR SUBMISSION WAS SUCCESSFUL.

PRIVACY ACT STATEMENT: Authority for collecting the requested information is contained in Title 5 U.S.C. 552(a). The information you provide will be used to assist the Agency in the location and possible dissemination to you of records applicable to your request. Failure to provide the requested information may result in processing delays.

To check on the status of a pending FOIA request, contact the CIA at (703) 613-1287 or use the following postal address:

Central Intelligence Agency
Information and Privacy Coordinator
Washington, DC 20505

## Agency

About CIA

Organization

Director of the CIA

CIA Museum

News & Stories

**REPORT INFORMATION**

## Careers

Working at CIA

How We Hire

Student Programs

Browse CIA Jobs

**CONTACT CIA**

## Resources

Freedom of Information Act (FOIA)

Center for the Study of Intelligence (CSI)

The World Factbook

Spy Kids

Connect with CIA

   

Search CIA.gov      Site Policies      Privacy      No FEAR Act      Inspector General      USA.gov      Site Map

Exhibit C



Central Intelligence Agency

Washington, D.C. 20505

25 November 2024

Mark Javitch
Javitch Law Office
3 East 3rd Avenue
Suite 200
San Mateo, CA 94401
mark@javitchlawoffice.com

Reference: F-2024-02930

This letter acknowledges receipt of your 6 September 2024 Freedom of Information Act (FOIA) request, submitted on behalf of FOIAconsciousness.com llc. and Forum on Open Access to Public Records, Inc., received in the Office of the Information and Privacy Coordinator on 9 September 2024, seeking **documents identified in the CIA's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/CIA_JFK_Final_Index_12-12-2022.pdf**. This office has assigned your request the reference number above. Citing this number in future correspondence will allow us to more efficiently locate your case information.

The records you seek are part of the CIA's collection of records gathered, reviewed, and released in response to the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Act"). The link you provided is no longer accessible and appears to be outdated. Please be advised that CIA records in the JFK Act Collection, all of which have been released in full or in part, are available to you for immediate browsing on NARA's website at www.archives.gov/research/jfk. If this does not satisfy your request, please identify which documents you seek, rather than provide a link.

We will hold your request for 45 business days from the date of this letter pending your response. If we do not hear from you within this timeframe, we will assume you are no longer interested and will cancel it accordingly.

If you have any questions regarding this response, you may call this office at (703) 613-1287.

Sincerely,

Stephen Glenn
Information and Privacy Coordinator

# Exhibit D

November 26, 2024


Stephen Glenn
Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505

Dear CIA FOIA:

     RE: Freedom of Information Act Request Reference F-2024-02930

On September 6, 2024, my clients requested the following documents pursuant to FOIA. I received your letter saying that the link was invalid, but I believe your link had a "/" instead of a "." after www. Please see the correct link again here:

     Documents identified in the CIA's index of unreleased JFK files located at
     https://www.archives.gov/files/research/jfk/releases/2022docs/CIA_JFK_Final_Index_12-12-2022.pdf

Alternatively, you can access this list by going to
https://www.archives.gov/research/jfk/agency-doc-2022 and then clicking on "CIA Document Index"

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.

Exhibit E

September 6, 2024

<u>VIA FBI Online Portal</u>
https://forms.fbi.gov/fbi-efoia-request-form

Dear FBI FOIA:

### RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et. seq., my client requests the following documents:

> Documents identified in the FBI's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/FBI_Justice_Letter_2021.pdf and https://www.archives.gov/files/research/jfk/releases/2022docs/FBI_2022_JFK_Review_Documentation_Signed.pdf

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.

# Exhibit F

An official website of the United States government. Here's how you know ▾

MORE ☰                                    FBI                    f  ✉  ▶  🔊  ⊙  | Search FBI |

## Thank You

Thanks for your input.

**Part A. Requester Information**
**Prefix**
Mr.
**First**
Mark
**Middle**
L.
**Last**
Javitch
**Suffix**
Javitch
**Address 1**
3 East 3rd Ave. Ste. 200
**Address 2**
**Address 3**
3 East 3rd Ave. Ste. 200
**City**
San Mateo
**State**
CA
**Zip Code**
94401
**Country**
United States
**Phone #1**
6507818000
**Email Address**
mark@javitchlawoffice.com
**Part B. Request**
**Prefix**
**First Name**
**Middle Name**
**Last Name**
**Suffix**
**Date of Birth**
**Place of Birth**
**SSN**
**ARN**
**FBI Number**
**Alias's**
**Upload Attachment**
No Input
**Are you making a request on something other than a deceased individual? If so, please give detailed information regarding the organization, business, investigations, historical event, incident or, group. Please ONLY MAKE ONE FOIA REQUEST PER SUBMISSION.**
September 6, 2024

VIA FBI Online Portal
https://forms.fbi.gov/fbi-efoia-request-form

Dear FBI FOIA:

RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et. seq., my client requests the following documents:

Documents identified in the FBI's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/FBI_Justice_Letter_2021.pdf and https://www.archives.gov/research/jfk/releases/2022docs/FBI_2022_JFK_Review_Documentation_Signed.pdf

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.
**Upload Attachment**
No Input.
**Part C.**
**Please select the appropriate fee category so that we may properly and accurately asses fees for your request.**
A. I am an individual seeking information for personal use and not for commercial use.
**\*\* Media Affiliation**
**I am willing to pay fees for this request up to a maximum of**
$
**Part D.**
**Additional Comments**
**Additional Comments**
reCaptcha
x

### Most Wanted
Ten Most Wanted
Fugitives
Terrorism
Kidnappings / Missing Persons
Seeking Information
Bank Robbers
ECAP
VICAP

### About
Mission & Priorities
Leadership & Structure
Partnerships
Community Outreach
FAQs

### News
Stories
Videos
Press Release
Speeches
Testimony
Podcasts and Radio
Photos
Español
Apps

### Resources
Law Enforcement
Businesses
Victim Assistance
Reports & Publications

### What We Investigate
Terrorism
Counterintelligence
Cyber Crime
Public Corruption
Civil Rights
Organized Crime
White-Collar Crime
Violent Crime
WMD

### Contact Us
Field Offices
FBI Headquarters
Visit the FBI Experience
Overseas Offices

### Services
CJIS
CIRG
Laboratory Services
Training Academy
Operational Technology
Information Management

### FBI Jobs
Submit a Tip
Crime Statistics
History
FOIPA
Scams & Safety
FBI Kids

### Additional Resources
Accessibility
eRulemaking
Freedom of Information / Privacy Act
Legal Notices
Legal Policies & Disclaimers
Privacy Policy
USA.gov
White House
No FEAR Act
Equal Opportunity

f  🐦  ▶  in  ⊙

**FBI** FEDERAL BUREAU OF INVESTIGATION

FBI.gov Contact Center
Email updates

# Exhibit G



**U.S. Department of Justice**

**Federal Bureau of Investigation**
*Washington, D.C. 20535*

October 24, 2024

MR. MARK L. JAVITCH
SUITE 200
3 EAST 3RD AVENUE
SAN MATEO, CA 94401

FOIPA Request No.: 1650213-000
Subject: JFK Assassination

Dear Mr. Javitch:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. Records potentially responsive to the FOIA have been transferred to the National Archives and Records Administration (NARA) pursuant to the President John F. Kennedy Assassination Records Collection Act of 1992 (The JFK Act), 44 U.S.C. § 2107, and are no longer in our possession. Transmission of these records are mandated by The JFK Act and public access to them is available through NARA.

If you wish to review all FBI documents pertaining to your subject, send your request to NARA at the following address:

National Archives and Records Administration
Special Access and FOIA
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001

Please refer to the enclosed FBI FOIPA Addendum for additional standard responses applicable to your request. **"Part 1"** of the Addendum includes standard responses that apply to all requests. **"Part 2"** includes additional standard responses that apply to all requests for records about yourself or any third party individuals. **"Part 3"** includes general information about FBI records that you may find useful. Also enclosed is our Explanation of Exemptions.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

If you are not satisfied with the Federal Bureau of Investigation's determination in response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, 441 G Street, NW, 6th Floor, Washington, D.C. 20530, or you may submit an appeal through OIP's FOIA STAR portal by creating an account following the instructions on OIP's website: https://www.justice.gov/oip/submit-and-track-request-or-appeal. Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by emailing the FBI's FOIA Public Liaison at foipaquestions@fbi.gov. The subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified. You may also contact the Office of Government Information Services (OGIS). The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Michael G. Seidel
Section Chief,
Record/Information
 Dissemination Section
Information Management Division

Enclosures

**FBI FOIPA Addendum**

As referenced in our letter responding to your Freedom of Information/Privacy Acts (FOIPA) request, the FBI FOIPA Addendum provides information applicable to your request. Part 1 of the Addendum includes standard responses that apply to all requests. Part 2 includes standard responses that apply to requests for records about individuals to the extent your request seeks the listed information. Part 3 includes general information about FBI records, searches, and programs.

**Part 1: The standard responses below apply to all requests:**

(i)    **5 U.S.C. § 552(c).** Congress excluded three categories of law enforcement and national security records from the requirements of the FOIPA [5 U.S.C. § 552(c)]. FBI responses are limited to those records subject to the requirements of the FOIPA. Additional information about the FBI and the FOIPA can be found on the www.fbi.gov/foia website.

(ii)   **Intelligence Records.** To the extent your request seeks records of intelligence sources, methods, or activities, the FBI can neither confirm nor deny the existence of records pursuant to FOIA exemptions (b)(1), (b)(3), and as applicable to requests for records about individuals, PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(1), (b)(3), and (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records is itself a classified fact protected by FOIA exemption (b)(1) and/or would reveal intelligence sources, methods, or activities protected by exemption (b)(3) [50 USC § 3024(i)(1)]. This is a standard response and should not be read to indicate that any such records do or do not exist.

**Part 2: The standard responses below apply to all requests for records on individuals:**

(i)    **Requests for Records about any Individual—Watch Lists.** The FBI can neither confirm nor deny the existence of any individual's name on a watch list pursuant to FOIA exemption (b)(7)(E) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)]. This is a standard response and should not be read to indicate that watch list records do or do not exist.

(ii)   **Requests for Records about any Individual—Witness Security Program Records.** The FBI can neither confirm nor deny the existence of records which could identify any participant in the Witness Security Program pursuant to FOIA exemption (b)(3) and PA exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(3), 18 U.S.C. 3521, and (j)(2)]. This is a standard response and should not be read to indicate that such records do or do not exist.

(iii)  **Requests for Confidential Informant Records.** The FBI can neither confirm nor deny the existence of confidential informant records pursuant to FOIA exemptions (b)(7)(D), (b)(7)(E), and (b)(7)(F) [5 U.S.C.§ § 552 (b)(7)(D), (b)(7)(E), and (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C.§ 552a (j)(2)]. The mere acknowledgment of the existence or nonexistence of such records would reveal confidential informant identities and information, expose law enforcement techniques, and endanger the life or physical safety of individuals. This is a standard response and should not be read to indicate that such records do or do not exist.

**Part 3: General Information:**

(i)    **Record Searches and Standard Search Policy.** The Record/Information Dissemination Section (RIDS) searches for reasonably described records by searching systems, such as the Central Records System (CRS), or locations where responsive records would reasonably be found. The CRS is an extensive system of records consisting of applicant, investigative, intelligence, personnel, administrative, and general files compiled by the FBI per its law enforcement, intelligence, and administrative functions. The CRS spans the entire FBI organization, comprising records of FBI Headquarters, FBI Field Offices, and FBI Legal Attaché Offices (Legats) worldwide; Electronic Surveillance (ELSUR) records are included in the CRS. The standard search policy is a search for main entity records in the CRS. Unless specifically requested, a standard search does <u>not</u> include a search for reference entity records, administrative records of previous FOIPA requests, or civil litigation files.

   a.  *Main Entity Records* – created for individuals or non-individuals who are the subjects or the focus of an investigation
   b.  *Reference Entity Records*- created for individuals or non-individuals who are associated with a case but are not known subjects or the focus of an investigation

(ii)   **FBI Records.** Founded in 1908, the FBI carries out a dual law enforcement and national security mission. As part of this dual mission, the FBI creates and maintains records on various subjects; however, the FBI does not maintain records on every person, subject, or entity.

(iii)  **Foreseeable Harm Standard.** As amended in 2016, the Freedom of Information Act provides that a federal agency may withhold responsive records only if: (1) the agency reasonably foresees that disclosure would harm an interest protected by one of the nine exemptions that FOIA enumerates, or (2) disclosure is prohibited by law (5 United States Code, Section 552(a)(8)(A)(i)). The FBI considers this foreseeable harm standard in the processing of its requests.

(iv)   **Requests for Criminal History Records or Rap Sheets.** The Criminal Justice Information Services (CJIS) Division provides Identity History Summary Checks – often referred to as a criminal history record or rap sheet. These criminal history records are not the same as material in an investigative "FBI file." An Identity History Summary Check is a listing of information taken from fingerprint cards and documents submitted to the FBI in connection with arrests, federal employment, naturalization, or military service. For a fee, individuals can request a copy of their Identity History Summary Check. Forms and directions can be accessed at www.fbi.gov/about-us/cjis/identity-history-summary-checks. Additionally, requests can be submitted electronically at www.edo.cjis.gov. For additional information, please contact CJIS directly at (304) 625-5590.

## EXPLANATION OF EXEMPTIONS

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552**

(b)(1)    (A) specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and (B) are in fact properly classified to such Executive order;

(b)(2)    related solely to the internal personnel rules and practices of an agency;

(b)(3)    specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)    trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)    inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)    personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)    records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information ( A ) could reasonably be expected to interfere with enforcement proceedings, ( B ) would deprive a person of a right to a fair trial or an impartial adjudication, ( C ) could reasonably be expected to constitute an unwarranted invasion of personal privacy, ( D ) could reasonably be expected to disclose the identity of confidential source, including a State, local, or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of record or information compiled by a criminal law enforcement authority in the course of a criminal investigation, or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source, ( E ) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or ( F ) could reasonably be expected to endanger the life or physical safety of any individual;

(b)(8)    contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)    geological and geophysical information and data, including maps, concerning wells.

**SUBSECTIONS OF TITLE 5, UNITED STATES CODE, SECTION 552a**

(d)(5)    information compiled in reasonable anticipation of a civil action proceeding;

(j)(2)    material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)    information which is currently and properly classified pursuant to an Executive order in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)    investigatory material compiled for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)    material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)    required by statute to be maintained and used solely as statistical records;

(k)(5)    investigatory material compiled solely for the purpose of determining suitability, eligibility, or qualifications for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(6)    testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)    material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his/her identity would be held in confidence.

FBI/DOJ

# Exhibit H



**My Account**    **Sign Out**    **Help**

HOME    TRACKING INBOX

Tracking Inbox  »  Appeal

## A-2025-00303

**Requester:** Javitch, Mark L

Status: Submitted

**Appeal**

### Appeal Information

| | |
|---|---|
| Received Date | 11/06/2024 |

| | |
|---|---|
| Agency | OIP |
| Document Delivery Method | Email |

### Request Information

| | |
|---|---|
| Request Number | 1650213-000 |
| Component | FBI |
| Subject of Request | On September 6, 2024, on behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et. eq., my client requests the following documents: Documents identified in the FBI's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/FBI Justice Letter 2021.pdf and https://www.archives.gov/files/research/jfk/releases/2022docs/FBI 2022 FK Review Documentation Siqned.pdf |

### Basis for Appeal

| | |
|---|---|
| Description of Appeal | The request was denied because the records were allegedly previously transferred to NARA. However, this is not a proper basis for refusing to conduct a search. FOIA requires the FBI to process the request regardless of whether the records were previously transferred to NARA. |
| Based on Denial of Fee Waiver | No |
| Based on Denial of Expedited Processing | No |
| Requester Item Type 1 | Supplemental Information |
| Requester Items 1 | Ex C - Document_20241024_0001.pdf |
| Requester Item Type 2 | |
| Requester Items 2 | |
| Requester Item Type 3 | |
| Requester Items 3 | |

**Requester Contact Information**

| | | | |
|---|---|---|---|
| Salutation | Mr. | Address Type | |
| First Name | Mark | Country | United Stat |
| Middle Name | L. | Address Line 1 | 3 East 3rd / |
| Last Name | Javitch | Address Line 2 | |
| Email Address | mark@javitchlawoffice.com | City | San Mateo |
| Organization | Javitch Law Office | State | California |
| Register Number | | Zip/Postal Code | 94401 |
| Phone Number | 6507818000 | | |
| Fax Number | | | |
| Other Information | | | |

**Expedited Processing Information**

| | |
|---|---|
| Expedited Processing Requested? | No |

# Exhibit I

September 6, 2024

<u>VIA State Department Online Portal</u>
https://pal.foia.state.gov/App/CreateRequest.aspx

Dear State Department FOIA:

RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO
PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et.
seq., my client requests the following documents:

> Documents identified in the State Department's index of unreleased JFK
> files located at
> https://www.archives.gov/files/research/jfk/releases/2022docs/STATE_SAI
> PS_SA02_22121217100.pdf

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.

Exhibit J

Submit Request

**Request  Submitted Successfully**

An email notification with the request tracking number has been sent to the email address provided in your requester profile.

To view your request history use the navigations options in the toolbar above.

Request History

**STATE.gov**    **USA.gov**    **FOIA.gov**

# Exhibit K

 Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

---

## Status Update for Request #F-2024-20140 with U.S. Department of State
1 message

---

**foiastatus@state.gov** <foiastatus@state.gov>               Fri, Sep 6, 2024 at 3:00 PM
To: mark@javitchlawoffice.com

Dear Mark Javitch,

The status of your FOIA request #F-2024-20140 has been updated to the following status 'Received'. To learn more, please log into the DoS FOIA Portal via the Application URL below.

https://pal.foia.state.gov

Regards,
U.S. Department of State

# Exhibit L



**Mark Javitch <mark@javitchlawoffice.com>**

---

## Ref: F-2024-20140, Freedom of Information Act Acknowledgement
1 message

**A_FOIAacknowledgement@groups.state.gov** <A_FOIAacknowledgement@groups.state.gov>
To: mark@javitchlawoffice.com

Tue, Oct 1, 2024 at
7:54 AM

    *THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Dear Mr. Javitch:

This email acknowledges receipt of your September 6, 2024, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on September 9, 2024.

You are seeking a copy of request for Documents identified in the State Department's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/2022docs/STATE_SAIPS_SA02_22121217100.pdf (Date Range for Record Search: From 1/1/1954 To 9/6/2024). Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media. This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h).

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at **FOIAstatus@state.gov** or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at **ogis@nara.gov** ; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

 **PAL Request Form.pdf**
307K

# Exhibit M

September 6, 2024

VIA Defense Department Online Portal
https://www.foia.gov/request/agency-component/5a3d3893-4280-4b69-92c9-b51a688fac79/

Dear Defense Department FOIA:

RE: Freedom of Information Act Request

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO
PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et.
seq., my client requests the following documents:

> Documents identified in the Defense Department's index of unreleased
> JFK files located at
> https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_SecD
> ef_Ltr_to_President_w_Matrix-JFK_cleared_as_amended.pdf and
> https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_2022
> 1209_Ltr_w_Corrected_Transparency_Indices_JFK_Records.pdf

If you need any clarification, please let me know.

Thank you,

Mark L. Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

Attorney for FOIACONSCIOUSNESS.COM LLC
And Forum on Open Access to Public Records, Inc.

# Exhibit N

 **Gmail**

**Mark Javitch <mark@javitchlawoffice.com>**

## PAL Acknowledgement by FOIA Office
1 message

**donotreply@mail.mil** <donotreply@mail.mil>
To: mark@javitchlawoffice.com

Fri, Sep 6, 2024 at 3:14 PM

Dear Mark Javitch,

Case Number 24-F-3035 has been assigned to the request you submitted. In all future correspondence
regarding this request please reference case number 24-F-3035.

Regards,
OSD/JS or DLA FOIA Requester Service Center

# Exhibit O

 **Gmail**

## Status Update for Request #24-F-3035

1 message

**donotreply@mail.mil** <donotreply@mail.mil>                    Fri, Sep 6, 2024 at 3:14 PM
To: mark@javitchlawoffice.com

Dear Mark Javitch,

The status of your FOIA request #24-F-3035 has been updated to the following status 'Received'. To log into the PAL Application click on the Application URL below.

https://pal.whs.mil

Sincerely,
OSD/JS or DLA FOIA Requester Service Center

# Exhibit P



**DEPARTMENT OF DEFENSE**
**FREEDOM OF INFORMATION DIVISION**
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

Ref:  24-F-3035
September 10, 2024

Mr. Mark Javitch
Jewish Legal News Inc.
3 East 3rd Avenue, Suite 200
San Mateo, CA 94401

Dear Mr. Javitch:

This is a final response to your September 6, 2024 Freedom of Information Act (FOIA) request, a copy of which is enclosed for your convenience. The Office of Secretary of Defense/Joint Staff (OSD/JS) FOIA office received your request on September 6, 2024, and assigned it FOIA case number 24-F-3035.  We ask that you use this number when referring to your request.

This FOIA office only processes requests for the OSD/JS. There is no central FOIA processing point for records for the entire Department of Defense (DoD).  FOIA processing is decentralized and delegated to those officials of the Military Departments and various DoD Components who generate and/or maintain the records being sought or reviewed.

Although it is possible that the records you have requested were once maintained by OSD/JS, due to the age of the records, if they still exist, they would be maintained at the National Archives and Records Administration (NARA), which operates its own FOIA program. NARA is the independent Federal agency that helps to preserve and care for records of historical value.  For your convenience, contact information for the NARA FOIA office is provided below:

The National Archives at College Park
Office of General Counsel
8601 Adelphi Road
NGC, Room 3110
College Park, MD 20740-6001
foia@nara.gov

This action closes your request with this office, and there are no assessable fees associated with this response.  If you have any questions or concerns about the foregoing or about the processing of your request, please do not hesitate to contact the Action Officer assigned to your request, Jessica Jordan, at jessica.r.jordan.civ@mail.mil or 571-372-0419.

Sincerely,

*for Pamela Andrews*
Stephanie L. Carr
Chief

Enclosure:
As stated

# Exhibit Q

 **Gmail**

**Mark Javitch <mark@javitchlawoffice.com>**

---

## Re: OSD/JS FOIA 24-F-3035 Final Response
1 message

**Megan Dwyre** <megan.dwyre@nara.gov>                    Fri, Oct 18, 2024 at 10:02 AM
To: mark@javitchlawoffice.com

Dear Mark Javitch:

You requested all documents identified in the National Archives' index of unreleased JFK files located at:
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_SecDef_Ltr_to_President_w_Matrix-JFK_
cleared_as_amended.pdf
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_20221209_Ltr_w_Corrected_Transparency_
Indices_JFK_Records.pdf

Your request was received in this office on September 17 and assigned FOIA tracking number **RD 87884**.

In accordance with President Biden's directive, the National Archives (NARA) conducted an intensive review of each
remaining redaction to ensure that the United States Government maximizes transparency, disclosing all information in
records concerning the assassination, except when the strongest possible reasons counsel otherwise. Any information
that an agency proposed for continued postponement beyond December 15, 2022, was limited to the absolute minimum
under the statutory standard. In addition to Section 5 of the President John F. Kennedy Assassination Records Collection
Act of 1992 (JFK Act), this information is protected under section (b) of the FOIA (5 U.S.C. 552). The specific reasons for
the denials are:

| TYPE OF INFORMATION WITHHELD | FOIA EXEMPTION or STATUTE |
|---|---|
| classified national security information | (b)(1) |
| information exempted from disclosure by statute<br><br>the statute in support of this (b)(3) withholding is 50 USC 3024 (i)(1), which protects sensitive intelligence sources and methods | (b)(3) |

The standard of review for these records is the JFK Act, which allows for the release of significantly more information than
would be released under the FOIA. Future reviews are governed by the terms of the published transparency plan.

If you are not satisfied with my action on this request, you have the right to file an administrative appeal within ninety (90)
calendar days from the date of this letter. Appeals must be in writing and may be delivered by regular U.S. mail or by
email. By filing an appeal, you preserve your rights under the Freedom of Information Act and present the deciding
agency with an opportunity to review your request and reconsider its decision. If you submit your appeal by regular mail, it
should be addressed to the Deputy Archivist of the United States (ND), National Archives and Records Administration,
8601 Adelphi Road, Room 4200, College Park, Maryland 20740-6001. Both the letter and envelope should be clearly
marked "FOIA Appeal." If you submit your appeal by email, please send it to foia@nara.gov, addressed to the Deputy
Archivist, with the words "FOIA Appeal" in the subject line. If you exercise your right to appeal, please explain why you
believe this response does not meet the requirements of the Freedom of Information Act. All communications concerning
this request should reference your FOIA tracking number.

If you would like the opportunity to discuss my response and attempt to resolve your dispute without initiating the appeals
process, you may contact our FOIA Public Liaison for assistance:

Accessioned Executive Branch Records – Washington, DC Area
FOIA Requester Service Center: 301-837-3190
FOIA Public Liaison: Rebecca Calcagno
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001
dc.foia.liaison@nara.gov
301-837-3190

You may also contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, for assistance. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road–OGIS
> College Park, MD 20740-6001
> Email: ogis@nara.gov
> https://www.archives.gov/ogis
> Phone: 202-741-5770 or 1-877-684-6448

This concludes the processing of your request. If you have questions concerning my review, please contact me directly.

Sincerely,

Megan Dwyre
Special Access and FOIA Program (RF)
National Archives and Records Administration
8601 Adelphi Road, Room 5510
College Park, MD 20740
megan.dwyre@nara.gov
301-837-0488

https://www.archives.gov/research/foia

On Mon, Sep 16, 2024 at 11:50 AM Jacquelyn Beasley <jacquelyn.beasley@nara.gov> wrote:
  Hello,

  I am forwarding this request to your office for response. The researcher's email is mark@javitchlawoffice.com.

  Thank you,
  Jackie

  ---------- Forwarded message ---------
  From: Mark Javitch <mark@javitchlawoffice.com>
  Date: Sunday, September 15, 2024 at 6:00:38 PM UTC-4
  Subject: Fwd: OSD/JS FOIA 24-F-3035 Final Response
  To: specialaccess_foia@nara.gov <specialaccess_foia@nara.gov>


  Dear NARA,

  On behalf of my clients,
  FOIACONSCIOUSNESS.COM LLC, FORUM ON
  OPEN ACCESS TO PUBLIC RECORDS, INC., and
  pursuant to the Freedom of Information Act, 5 U.S.C. §
  552 et. seq., my client requests the following
  documents: Documents identified in the Defense
  Department's index of unreleased JFK files located at
  https://www.archives.gov/files/research/jfk/releases/20

  22docs/DoD_SecDef_Ltr_to_President_w_Matrix-

JFK_cleared_as_amended.pdf and

https://www.archives.gov/files/research/jfk/releases/20
22docs/DoD_20221209_Ltr_w_Corrected_Transparen
cy_Indices_JFK_Records.pdf If

My client requests whether these documents have been transmitted to NARA or what department holds them because
this request was rejected by the Department of Defense as indicated below:

Best,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

---------- Forwarded message ---------
From: **WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center** <whs.mc-alex.esd.mbx.osd-js-foia-
requester-service-center@mail.mil>
Date: Tue, Sep 10, 2024 at 11:25 AM
Subject: OSD/JS FOIA 24-F-3035 Final Response
To: mark@javitchlawoffice.com <mark@javitchlawoffice.com>
Cc: Harper, Madalyn J CIV WHS ESD (USA) <madalyn.j.harper.civ@mail.mil>, Jordan, Jessica R CIV (USA)
<jessica.r.jordan.civ@mail.mil>, Ernest-Johnson, Ann J CIV WHS ESD (USA) <ann.j.ernest-johnson.civ@mail.mil>

Good Afternoon Mr. Javitch,

Please find the final response attached for your recent FOIA Request that was requested on September 6, 2024. The
case number for this request is 24-F-3035, please refer to this number and myself, the action officer mentioned in the
final response, in any future correspondence regarding this case.

V/r,

Jessica Jordan

FOIA Analyst

Freedom of Information Division

OSD / JS FOIA Office

(571) 372-0419

--
You received this message because you are subscribed to the Google Groups "Special Access and FOIA e-mail" group.
To unsubscribe from this group and stop receiving emails from it, send an email to specialaccess_foia+
unsubscribe@nara.gov.

To view this discussion on the web visit https://groups.google.com/a/nara.gov/d/msgid/specialaccess_foia/8d456266-3636-4253-8ef0-2e2aa77f588an%40nara.gov.

# Exhibit R

# Ⓜ Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

---

## FOIA Appeal: RD 87884 OSD/JS FOIA 24-F-3035 Final Response
1 message

**Mark Javitch** <mark@javitchlawoffice.com>         Fri, Oct 18, 2024 at 3:29 PM
To: NARA General Counsel FOIA Office <foia@nara.gov>

Dear Deputy Archivist,

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, and FORUM ON
OPEN ACCESS TO PUBLIC RECORDS, INC., please consider this a FOIA appeal to the denial of RD 87884.

The response did not comply with FOIA because it did not produce documents, it does not state whether a reasonable
search was conducted, no exemptions were asserted with specificity, and there was no attempt to reasonably segregate
exempt from non-exempt material.


Best,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000
Attorney for FOIACONSCIOUSNESS.COM LLC and FORUM ON
OPEN ACCESS TO PUBLIC RECORDS, INC.,

---------- Forwarded message ---------
From: **Megan Dwyre** <megan.dwyre@nara.gov>
Date: Fri, Oct 18, 2024 at 10:02 AM
Subject: Re: OSD/JS FOIA 24-F-3035 Final Response
To: <mark@javitchlawoffice.com>


Dear Mark Javitch:

You requested all documents identified in the National Archives' index of unreleased JFK files located at:
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_SecDef_Ltr_to_President_w_Matrix-JFK_
cleared_as_amended.pdf
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_20221209_Ltr_w_Corrected_Transparency_
Indices_JFK_Records.pdf

Your request was received in this office on September 17 and assigned FOIA tracking number **RD 87884**.

In accordance with President Biden's directive, the National Archives (NARA) conducted an intensive review of each
remaining redaction to ensure that the United States Government maximizes transparency, disclosing all information in
records concerning the assassination, except when the strongest possible reasons counsel otherwise. Any information
that an agency proposed for continued postponement beyond December 15, 2022, was limited to the absolute minimum
under the statutory standard. In addition to Section 5 of the President John F. Kennedy Assassination Records Collection
Act of 1992 (JFK Act), this information is protected under section (b) of the FOIA (5 U.S.C. 552). The specific reasons for
the denials are:

| TYPE OF INFORMATION WITHHELD | FOIA EXEMPTION or STATUTE |
|---|---|
| classified national security information | (b)(1) |

| TYPE OF INFORMATION WITHHELD | FOIA EXEMPTION or STATUTE |
|---|---|
| information exempted from disclosure by statute<br><br>the statute in support of this (b)(3) withholding is 50 USC 3024 (i)(1), which protects sensitive intelligence sources and methods | (b)(3) |

The standard of review for these records is the JFK Act, which allows for the release of significantly more information than would be released under the FOIA. Future reviews are governed by the terms of the published transparency plan.

If you are not satisfied with my action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter. Appeals must be in writing and may be delivered by regular U.S. mail or by email. By filing an appeal, you preserve your rights under the Freedom of Information Act and present the deciding agency with an opportunity to review your request and reconsider its decision. If you submit your appeal by regular mail, it should be addressed to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, Room 4200, College Park, Maryland 20740-6001. Both the letter and envelope should be clearly marked "FOIA Appeal." If you submit your appeal by email, please send it to foia@nara.gov, addressed to the Deputy Archivist, with the words "FOIA Appeal" in the subject line. If you exercise your right to appeal, please explain why you believe this response does not meet the requirements of the Freedom of Information Act. All communications concerning this request should reference your FOIA tracking number.

If you would like the opportunity to discuss my response and attempt to resolve your dispute without initiating the appeals process, you may contact our FOIA Public Liaison for assistance:

Accessioned Executive Branch Records – Washington, DC Area
FOIA Requester Service Center: 301-837-3190
FOIA Public Liaison: Rebecca Calcagno
8601 Adelphi Road, Room 5500
College Park, MD 20740-6001
dc.foia.liaison@nara.gov
301-837-3190

You may also contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, for assistance. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road–OGIS
College Park, MD 20740-6001
Email: ogis@nara.gov
https://www.archives.gov/ogis
Phone: 202-741-5770 or 1-877-684-6448

This concludes the processing of your request. If you have questions concerning my review, please contact me directly.

Sincerely,

Megan Dwyre
Special Access and FOIA Program (RF)
National Archives and Records Administration
8601 Adelphi Road, Room 5510
College Park, MD 20740
megan.dwyre@nara.gov
301-837-0488

https://www.archives.gov/research/foia

On Mon, Sep 16, 2024 at 11:50 AM Jacquelyn Beasley <jacquelyn.beasley@nara.gov> wrote:

Hello,

I am forwarding this request to your office for response. The researcher's email is mark@javitchlawoffice.com.

Thank you,
Jackie

---------- Forwarded message ---------
From: Mark Javitch <mark@javitchlawoffice.com>
Date: Sunday, September 15, 2024 at 6:00:38 PM UTC-4
Subject: Fwd: OSD/JS FOIA 24-F-3035 Final Response
To: specialaccess_foia@nara.gov <specialaccess_foia@nara.gov>

Dear NARA,

On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, FORUM ON OPEN ACCESS TO PUBLIC RECORDS, INC., and pursuant to the Freedom of Information Act, 5 U.S.C. § 552 et. seq., my client requests the following documents: Documents identified in the Defense Department's index of unreleased JFK files located at https://www.archives.gov/files/research/jfk/releases/20

22docs/DoD_SecDef_Ltr_to_President_w_Matrix-JFK_cleared_as_amended.pdf and

https://www.archives.gov/files/research/jfk/releases/20 22docs/DoD_20221209_Ltr_w_Corrected_Transparen cy_Indices_JFK_Records.pdf If

My client requests whether these documents have been transmitted to NARA or what department holds them because this request was rejected by the Department of Defense as indicated below:

Best,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

---------- Forwarded message ---------
From: **WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center** <whs.mc-alex.esd.mbx.osd-js-foia-requester-service-center@mail.mil>
Date: Tue, Sep 10, 2024 at 11:25 AM
Subject: OSD/JS FOIA 24-F-3035 Final Response
To: mark@javitchlawoffice.com <mark@javitchlawoffice.com>
Cc: Harper, Madalyn J CIV WHS ESD (USA) <madalyn.j.harper.civ@mail.mil>, Jordan, Jessica R CIV (USA) <jessica.r.jordan.civ@mail.mil>, Ernest-Johnson, Ann J CIV WHS ESD (USA) <ann.j.ernest-johnson.civ@mail.mil>

Good Afternoon Mr. Javitch,

Please find the final response attached for your recent FOIA Request that was requested on September 6, 2024. The case number for this request is 24-F-3035, please refer to this number and myself, the action officer mentioned in the final response, in any future correspondence regarding this case.

V/r,

Jessica Jordan

FOIA Analyst

Freedom of Information Division

OSD / JS FOIA Office

(571) 372-0419

--
You received this message because you are subscribed to the Google Groups "Special Access and FOIA e-mail" group.
To unsubscribe from this group and stop receiving emails from it, send an email to specialaccess_foia+
unsubscribe@nara.gov.
To view this discussion on the web visit https://groups.google.com/a/nara.gov/d/msgid/specialaccess_foia/8d456266-
3636-4253-8ef0-2e2aa77f588an%40nara.gov.

Exhibit S

 Gmail

**Mark Javitch <mark@javitchlawoffice.com>**

## Re: FOIA NGC25-002A Appeal of RD 87884
1 message

**Operational FOIA and Access Division** <foia@nara.gov>
To: mark@javitchlawoffice.com
Cc: Operational FOIA and Access Division <FOIA@nara.gov>

Tue, Oct 22, 2024 at 6:56 AM

**Sent via Email  <mark@javitchlawoffice.com>**


October 22, 2024


Mark Javitch
3 East 3rd Ave. Ste. 200
San Mateo CA 94401

<u>**Re: FOIA NGC25-002A Appeal of RD 87884**</u>


Dear Mr. Javitch:

On **October 21, 2024**, we received on behalf of the Deputy Archivist of the United States, your request for administrative appeal, submitted via the <u>foia@nara.gov</u> inbox.  You are appealing the response you received from the **Special Access and FOIA Program (RF)** to your FOIA request **RD 87884**.  We assigned your appeal the tracking number **NGC25-002A**. Please provide this number in any future correspondence about this appeal.

The Deputy Archivist of the United States has the responsibility to adjudicate such appeals.  To afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt.

We will notify you of the decision on your appeal as soon as we can.  If you have any questions about the status of your appeal, you may contact us at <u>foia@nara.gov</u>.

Sincerely,

Operational FOIA Division

National Archives and Records Administration

8601 Adelphi Road

College Park, Maryland, 20740-6001

301-837-3642


On Fri, Oct 18, 2024 at 6:30 PM Mark Javitch <mark@javitchlawoffice.com> wrote:
> Dear Deputy Archivist,
>
> On behalf of my clients, FOIACONSCIOUSNESS.COM LLC, and FORUM ON
> OPEN ACCESS TO PUBLIC RECORDS, INC., please consider this a FOIA appeal to the denial of RD 87884.
>
> The response did not comply with FOIA because it did not produce documents, it does not state whether a reasonable search was conducted, no exemptions were asserted with specificity, and there was no attempt to reasonably segregate exempt from non-exempt material.

Best,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000
Attorney for FOIACONSCIOUSNESS.COM LLC and FORUM ON
OPEN ACCESS TO PUBLIC RECORDS, INC.,

---------- Forwarded message ---------
From: **Megan Dwyre** <megan.dwyre@nara.gov>
Date: Fri, Oct 18, 2024 at 10:02 AM
Subject: Re: OSD/JS FOIA 24-F-3035 Final Response
To: <mark@javitchlawoffice.com>


Dear Mark Javitch:

You requested all documents identified in the National Archives' index of unreleased JFK files located at:
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_SecDef_Ltr_to_President_w_Matrix-JFK_cleared_as_amended.pdf
https://www.archives.gov/files/research/jfk/releases/2022docs/DoD_20221209_Ltr_w_Corrected_Transparency_Indices_JFK_Records.pdf

Your request was received in this office on September 17 and assigned FOIA tracking number **RD 87884**.

In accordance with President Biden's directive, the National Archives (NARA) conducted an intensive review of each remaining redaction to ensure that the United States Government maximizes transparency, disclosing all information in records concerning the assassination, except when the strongest possible reasons counsel otherwise. Any information that an agency proposed for continued postponement beyond December 15, 2022, was limited to the absolute minimum under the statutory standard. In addition to Section 5 of the President John F. Kennedy Assassination Records Collection Act of 1992 (JFK Act), this information is protected under section (b) of the FOIA (5 U.S.C. 552). The specific reasons for the denials are:

| TYPE OF INFORMATION WITHHELD | FOIA EXEMPTION or STATUTE |
|---|---|
| classified national security information | (b)(1) |
| information exempted from disclosure by statute<br><br>the statute in support of this (b)(3) withholding is 50 USC 3024 (i)(1), which protects sensitive intelligence sources and methods | (b)(3) |

The standard of review for these records is the JFK Act, which allows for the release of significantly more information than would be released under the FOIA. Future reviews are governed by the terms of the published transparency plan.

If you are not satisfied with my action on this request, you have the right to file an administrative appeal within ninety (90) calendar days from the date of this letter. Appeals must be in writing and may be delivered by regular U.S. mail or by email. By filing an appeal, you preserve your rights under the Freedom of Information Act and present the deciding agency with an opportunity to review your request and reconsider its decision. If you submit your appeal by regular mail, it should be addressed to the Deputy Archivist of the United States (ND), National Archives and Records Administration, 8601 Adelphi Road, Room 4200, College Park, Maryland 20740-6001. Both the letter and envelope should be clearly marked "FOIA Appeal." If you submit your appeal by email, please send it to foia@nara.gov, addressed to the Deputy Archivist, with the words "FOIA Appeal" in the subject line. If you exercise your right to appeal,

please explain why you believe this response does not meet the requirements of the Freedom of Information Act. All communications concerning this request should reference your FOIA tracking number.

If you would like the opportunity to discuss my response and attempt to resolve your dispute without initiating the appeals process, you may contact our FOIA Public Liaison for assistance:

> Accessioned Executive Branch Records – Washington, DC Area
> FOIA Requester Service Center: 301-837-3190
> FOIA Public Liaison: Rebecca Calcagno
> 8601 Adelphi Road, Room 5500
> College Park, MD 20740-6001
> dc.foia.liaison@nara.gov
> 301-837-3190

You may also contact the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, for assistance. OGIS offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road–OGIS
> College Park, MD 20740-6001
> Email: ogis@nara.gov
> https://www.archives.gov/ogis
> Phone: 202-741-5770 or 1-877-684-6448

This concludes the processing of your request. If you have questions concerning my review, please contact me directly.

Sincerely,

Megan Dwyre
Special Access and FOIA Program (RF)
National Archives and Records Administration
8601 Adelphi Road, Room 5510
College Park, MD 20740
megan.dwyre@nara.gov
301-837-0488

https://www.archives.gov/research/foia

On Mon, Sep 16, 2024 at 11:50 AM Jacquelyn Beasley <jacquelyn.beasley@nara.gov> wrote:
Hello,

I am forwarding this request to your office for response. The researcher's email is  mark@javitchlawoffice.com.

Thank you,
Jackie

---------- Forwarded message ---------
From: Mark Javitch <mark@javitchlawoffice.com>
Date: Sunday, September 15, 2024 at 6:00:38 PM UTC-4
Subject: Fwd: OSD/JS FOIA 24-F-3035 Final Response
To: specialaccess_foia@nara.gov <specialaccess_foia@nara.gov>

Dear NARA,

On behalf of my clients,
FOIACONSCIOUSNESS.COM LLC, FORUM ON
OPEN ACCESS TO PUBLIC RECORDS, INC., and
pursuant to the Freedom of Information Act, 5 U.S.C. §

552 et. seq., my client requests the following
documents: Documents identified in the Defense
Department's index of unreleased JFK files located at
https://www.archives.gov/files/research/jfk/releases/20

22docs/DoD_SecDef_Ltr_to_President_w_Matrix-
JFK_cleared_as_amended.pdf and

https://www.archives.gov/files/research/jfk/releases/20
22docs/DoD_20221209_Ltr_w_Corrected_Transparen
cy_Indices_JFK_Records.pdf If

My client requests whether these documents have been transmitted to NARA or what department holds them
because this request was rejected by the Department of Defense as indicated below:

Best,
Mark Javitch
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
(650) 781-8000

---------- Forwarded message ---------
From: **WHS MC-ALEX ESD Mailbox OSD-JS FOIA Requester Service Center** <whs.mc-alex.esd.mbx.osd-js-foia-
requester-service-center@mail.mil>
Date: Tue, Sep 10, 2024 at 11:25 AM
Subject: OSD/JS FOIA 24-F-3035 Final Response
To: mark@javitchlawoffice.com <mark@javitchlawoffice.com>
Cc: Harper, Madalyn J CIV WHS ESD (USA) <madalyn.j.harper.civ@mail.mil>, Jordan, Jessica R CIV (USA)
<jessica.r.jordan.civ@mail.mil>, Ernest-Johnson, Ann J CIV WHS ESD (USA) <ann.j.ernest-johnson.civ@mail.mil>

Good Afternoon Mr. Javitch,

Please find the final response attached for your recent FOIA Request that was requested on September 6, 2024. The
case number for this request is 24-F-3035, please refer to this number and myself, the action officer mentioned in the
final response, in any future correspondence regarding this case.

V/r,

Jessica Jordan

FOIA Analyst

Freedom of Information Division

OSD / JS FOIA Office

(571) 372-0419

--
You received this message because you are subscribed to the Google Groups "Special Access and FOIA e-mail"
group.
To unsubscribe from this group and stop receiving emails from it, send an email to specialaccess_foia+
unsubscribe@nara.gov.
To view this discussion on the web visit https://groups.google.com/a/nara.gov/d/msgid/specialaccess_foia/8d456266-
3636-4253-8ef0-2e2aa77f588an%40nara.gov.