CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
SAVITH IYENGAR (CABN 268342)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    savith.iyengar@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FOIACONSCIOUSNESS.COM LLC, | No. 4:25-cv-00408-YGR |
| Plaintiff, | **STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, et al., | |
| Defendants. | |

    Plaintiff FoiaConsciousness.com LLC ("Plaintiff") and defendants Central Intelligence Agency, Federal Bureau of Investigation, United States Department of State, United States Department of Defense, and National Archives and Records Administration ("NARA") (collectively, "Defendants"), by and through their undersigned counsel, hereby STIPULATE and respectfully REQUEST that the Court continue the parties' initial case management conference ("CMC") from June 16, 2025 at 2:00 p.m. until **September 8, 2025** at 2:00 p.m., with the parties' joint CMC statement due on **September 2, 2025**.

    This action was filed on January 13, 2025 under the Freedom of Information Act ("FOIA"). On January 23, 2025, the President issued Executive Order 14176 (the "Executive Order") regarding the declassification of records pursuant to the President John F. Kennedy Assassination Records Collection Act of 1992 ("JFK Act"), which include the records at issue in this FOIA action. On March 17, 2025, the President issued a further directive in support of the Executive Order. On March 18, 2025, these

1  records were made available for public access at the National Archives at College Park, Maryland.

2  NARA also began digitizing and posting the records for public access online. NARA has posted approximately 80,000 pages of records online, through rolling releases on March 18, March 20, March 26, and April 3, 2025. By July 1, 2025, NARA expects to post online the records the FBI recently transferred to NARA which relate to the JFK assassination, and are the subject of one of Plaintiff's FOIA requests. By August 15, 2025, NARA expects to complete its online posting of the digitized JFK assassination records previously withheld under 5(g)(2)(D) of the JFK Act (e.g., classification) that were released in accordance with the President's March 17, 2025 directive, and which are the subject of Plaintiff's remaining FOIA requests.

The parties have been meeting and conferring productively regarding NARA's ongoing releases, and intend to continue to meet and confer following NARA's expected releases on or before July 1, 2025 and August 15, 2025. Accordingly, the requested modification will give the parties time to meet and confer regarding the FOIA requests at issue in this action, and to determine whether to request that the Court further modify the case schedule. The parties respectfully submit that this is the most efficient manner to proceed and will conserve the parties' and Court's resources in this action.

SO STIPULATED.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

Dated: June 9, 2025     By:   */s/ Savith Iyengar*
                              SAVITH IYENGAR
                              Assistant United States Attorney
                              Attorneys for Defendant

PUBLIC JUSTICE FOUNDATION

Dated: June 9, 2025     By:   ***/s/ Mark L. Javitch*
                              JAVITCH LAW OFFICE
                              Attorneys for Plaintiff

** Pursuant to Civ. L.R. 5-1(i)(3), the filer of the document has obtained approval from this signatory.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the initial CMC currently set for June 16, 2025 at 2:00 p.m. is continued until **September 8, 2025** at 2:00 p.m., with the parties' joint CMC statement due on **September 2, 2025**.

Dated: June 13, 2025, 2025

_____
HON. YVONNE GONZALEZ ROGERS
United States District Judge